UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO: 7:14-CV-00097-BR

| | | |
|---|---|---|
| PNC BANK, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| LARK B. FUTCH, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on plaintiff's 5 December 2014 motion to dismiss defendant's counterclaims. (DE # 23.) On 6 February 2015, defendant filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (DE # 29.) Because defendant has voluntarily dismissed her counterclaims against plaintiff without prejudice, plaintiff's motion to dismiss defendant's counterclaims is DENIED AS MOOT.

This 11 February 2015.

_____
W. Earl Britt
Senior U.S. District Judge